USCA1 Opinion

 

 February 26, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1749 GERALD T. PETERS, Petitioner, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES TAX COURT  [Hon. D. Irvin Couvillion, U.S. Tax Court Judge] ____________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Gerald T. Peters on brief pro se. ________________ Loretta C. Argrett, Assistant Attorney General, Gary R. Allen, ___________________ ______________ William S. Estabrook and Murray S. Horwitz, Attorneys, Tax Division, ____________________ _________________ Department of Justice, on brief for appellee. ____________________ ____________________ Per Curiam. Gerald Peters appeals from a Tax Court __________ decision assessing a tax deficiency against him for the 1991 tax year. He also appeals from the Tax Court's decision denying his motion for administrative and litigation costs under 26 U.S.C. 7430. After careful consideration of his claims on appeal, we affirm, essentially for the reasons given in the Tax Court's decision filed on December 2, 1994, and in its order dated February 6, 1995. Affirmed. See Loc. R. 27.1. _________ ___